IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L. DUNSON,

    Plaintiff,

v.                                        CASE NO.: 5:08cv291-SPM/AK

SARGENT MCKINNEY, et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 29) dated November 30, 2009. Plaintiff has been furnished a copy and filed objections (doc. 32). Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted despite Plaintiff's objections.

Although Plaintiff had opportunities to amend his complaint, Plaintiff has not identified a non-frivolous legal claim that he did not pursue because of Defendants' actions. The Third Amended Complaint (doc.26) does not state a claim upon which relief may be granted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 29) is

ADOPTED and incorporated by reference in this order.

2. This case is dismissed as frivolous and for failure to state a claim upon which relief may be granted.

3. The dismissal is pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), which the clerk shall note on the docket.

DONE AND ORDERED this 17th day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge